**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 22-6059**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

CLAUDE SLOAN,

              Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap. James P. Jones, Senior District Judge. (2:18-cr-00004-JPJ-1)

Submitted: March 24, 2022                           Decided: March 29, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Claude Sloan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Sloan appeals the district court's order denying his fifth motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Having reviewed the record and finding no reversible error, we affirm the decision of the district court. *See United States v. Sloan*, No. 2:18-cr-00004-JPJ-1 (W.D. Va. Jan. 9, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*